CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 27 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) <br> 2005 Freightliner Coronado Truck ) <br> VA LIC # 76761PY ) <br> VIN # 1FUJCRCK35PU72990 ) <br> and ) <br> 1925 Airview Rd, S.W. ) <br> Roanoke, VA 24018 ) | Case No. 7:11-MJ-089 <br><br> SEALED |

## ORDER

It is hereby ORDERED that the Application for Search Warrant, the Affidavit in support, the Search Warrant, and all related documents in the above-captioned matter shall remain under seal for 30 days from the date of this order or until an indictment is returned, whichever occurs sooner.

ENTERED this 27th day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE